IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BRANSON LAMBERT,                )
                                )
            Plaintiff,           )
                                )
    v.                           )      1:23-cv-948
                                )
UNKNOWN OFFICIALS,              )
                                )
            Defendants.          )

## ORDER

On November 22, 2023, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed, and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) No objections were filed within the time prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 2), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new complaint or petition, on the proper forms, which corrects the defects cited in the Recommendation.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 14th day of March, 2024.

```
                      _____
                              United States District Judge
```
(signed) William L. Osteen, Jr.